# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **FRANK THOMAS SHUMATE,** | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 23-00178-KD-MU |
| **QBE SPECIALTY INSURANCE COMPANY,** | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on notice from Plaintiff Frank Thomas Shumate and Defendant QBE Specialty Insurance Company that this action has settled (doc. 18). The parties report that additional time, thirty (30) days, are necessary to finalize the settlement.

Accordingly, this action is **DISMISSED with prejudic**e s**ubject to the right of either party to reinstate this action within thirty (30) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 15th day of March 2024.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**